IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DARRYLL SHONTEL COLEMAN,

Defendant.

8:25CR226

ORDER ON APPEARANCE FOR
SUPERVISED RELEASE VIOLATION

The defendant appeared before the Court on June 17, 2026 regarding Petition for Offender Under Supervision [3].  Cheryl Kessell represented the defendant.  Lynae Tucker-Chellew represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant appeared by summons, or is otherwise not in custody, and will not be detained.  Therefore, the defendant does not have right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release.  The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 2:00 p.m. on August 20, 2026.

The government did not move for detention.  The defendant shall be released on the current terms and conditions of supervision.

**IT IS SO ORDERED**.

Dated this 17th day of June, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge